1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAURY DAVID MOORE

11          Petitioner,                        No. 2:  11-cv-2718 CKD P

12      vs.

13   VAMIL SINGH,

14          Respondent.                        ORDER

15   _____/

16          Petitioner, a state prisoner proceeding *pro se* and in forma pauperis has filed a

17   third amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The third

18   amended petition alleges one claim of prosecutorial misconduct[1] and two claims of ineffective

19   assistance of counsel.[2]

20          Since petitioner may be entitled to relief if the claimed violations of constitutional

21   rights are proved, respondent will be directed to file a response to petitioner's third amended

22   _____

23   [1] Petitioner divides his allegation of prosecutorial misconduct into two claims, but the
     allegation in both claims are substantially the same; petitioner alleges his right to due process was
24   violated when the prosecutor made "repeated references that petitioner had been in custody during
     trial."  (Pet'r's Third Am. Pet. at p. 4.)   The parties should therefore address Ground One and
     Ground Two of the third amended petition as a single claim.

25
26   [2] The two claims of ineffective assistance of counsel are based on different allegations.
     Therefore, the parties should address those allegations as two separate claims.

1

1  habeas petition.

2          In accordance with the above, IT IS HEREBY ORDERED that:

3          1. Respondent is directed to file a response to petitioner's third amended habeas

4  petition within sixty days from the date of this order.  See Rule 4, 28 U.S.C. foll. § 2254.  An

5  answer shall be accompanied by all transcripts and other documents relevant to the issues

6  presented in the third amended petition.  See Rule 5, 28 U.S.C. foll. § 2254;

7          2. If the response to the third amended habeas petition is an answer, petitioner's

8  reply, if any, shall be filed and served within thirty days after service of the answer;

9          3. If the response to the third amended habeas petition is a motion, petitioner's

10  opposition or statement of non-opposition to the motion shall be filed and served within thirty

11  days after service of the motion, and respondent's reply, if any, shall be filed and served within

12  fourteen days thereafter; and

13          4. The Clerk of the Court shall serve a copy of this order and a copy of the third

14  amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick

15  Farrell, Senior Assistant Attorney General.

16   Dated: August 27, 2012

17  _____

18  CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

7
moor2718.100(2)
24

25

26

2